## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MEGAN VARNELL**                                                                         **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-00552-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 13) and the Plaintiff's Objections (Doc. 14). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.[2]

DATED this 10th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The RD has a scrivener's error at page 4, last paragraph, first sentence: "Plaintiff is unable" is supposed to be "Plaintiff is able[.]" The fact that it is a scrivener's error is clear from the context of the sentence and paragraph.

[2] Technical changes have been made from the RD with respect to the disposition of this case.